ORDER

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| CHRISTINA CRUZ,<br>Movant, | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO. B-13-216 |
| | § | (CRIMINAL NO. B-07-233-1) |
| UNITED STATES OF AMERICA,<br>Respondent. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action.  The time to file objections has passed.  No objections have been filed.  After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.  It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the Government's Motion to Dismiss (Dkt. No. 10) is **GRANTED** and Cruz's § 2255 Motion (Dkt. No. 1) is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f).

Signed on this ___10___ day of ___June___, 2014.

**Hilda Tagle**
**Senior United States District Judge**